THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Marc Hoerner,       
Appellant.
 
 
 

Appeal From Sumter County
Clifton Newman, Circuit Court Judge

Unpublished Opinion No.  2003-UP-169
Submitted January 10, 2003  Filed March 4, 2003 

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor  Cecil Kelley Jackson, of Sumter; for Respondents.
 
 
 

PER CURIAM:  Marc Hoerner appeals his conviction 
 and sentence for second-degree criminal sexual conduct with a minor.  Hoerners 
 appellate counsel has petitioned to be relieved as counsel, stating she has 
 reviewed the record and has concluded Hoerners appeal is without merit.  The 
 issue briefed by counsel concerns the trial courts requirement that Hoerner 
 would have to register as a sex offender.  Hoerner has not filed any documents 
 on his own behalf.
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Hoerners 
 appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., and GOOLSBY and SHULER, JJ., concur. 

 
           
 [1]  Because oral argument would the aid the court in resolving 
 the issues on appeal, we decide this case without oral argument pursuant to 
 Rules 215 and 220(b)(2), SCACR.